# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JUNIPER PERRY WEED<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:22-mj-171 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JUNIPER PERRY WEED                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1), Assaulting a Federal Officer, Class A Misdemeanor
41 CFR § 102-74.385, Failure to Comply with Official Signs and Directions

Date: June 19, 2025

*Issuing officer's signature*

City and state: Portland, OR

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/19/25, and the person was arrested on *(date)* 6/20/25
at *(city and state)* Portland, OR.

Date: 6/20/25

*Arresting officer's signature*

SA Braverman
*Printed name and title*